# Court of Appeals
# of the State of Georgia

ATLANTA, September 20, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0142.  JIMMY WAYNE WRIGHT v. THE STATE.**

Jimmy Wayne Wright pled guilty to murder and felony murder, and he was sentenced to life in prison.  Wright filed a motion to withdraw his guilty plea, which the trial court denied.  Wright then filed a direct appeal in this Court.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8).  Because a penalty of death can be imposed for the crime of murder, jurisdiction is proper in the Supreme Court.  See OCGA § 17-10-30 (b); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, J., concurring); see also *State v. Thornton*, 253 Ga. 524 (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"); *McCrary v. State*, 215 Ga. 887 (1) (114 SE2d 133) (1960).  Accordingly, Wright's appeal is hereby TRANSFERRED to the Supreme Court for disposition.  See *McCrary*, supra.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta, 09/20/2012
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*